614

Robert Pruitt, appellee, v. Adolph Staudenraus, appellant. Gen.
No. 38,843.

Opinion filed November 4, 1936. Rehearing denied November 27, 1936.

Arthur H. Jones, for appellant. James C. Byrne and Martin M. Gross, for appellee; James C. Byrne, of counsel.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.


The First National Bank of Chicago, appellee, v. Vito Marzano et al., on appeal of Peter Marzano, administrator de bonis non with the will annexed of the estate of Catherine Marzano, deceased, appellant. Gen. No. 38,513.

Opinion filed November 4, 1936. Rehearing denied November 27, 1936.

Monahan & Monahan, for appellant. Tatge & Tatge, for appellee; Robert F. Kolb, of counsel.

Mr. Justice Hall delivered the opinion of the court.


Karel Sup, appellee, v. Czech Ladies Benevolent Society, appellant. Gen. No. 38,526.

Opinion filed November 4, 1936.

Ring, Uhlir & Cuchna, for appellant; Otto F. Ring and Thomas M. Zasadil, of counsel. Klayf & Sonnenschein, for appellee; Samuel G. Klayf, of counsel.

Mr. Justice Hall delivered the opinion of the court.